UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DIANNE SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:18-CV-150-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 18], ADOPTS the conclusions in the M&R [D.E. 17], DENIES plaintiff's motion for judgment on the pleadings [D.E. 12], GRANTS defendant's motion for judgment on the pleadings [D.E. 14], AFFIRMS defendant's
final decision, and DISMISSES this action.

**This Judgment Filed and Entered on March 16, 2020, and Copies To:**
Jonathan Blair Biser                                          (via CM/ECF electronic notification)
Lisa M. Rayo                                                      (via CM/ECF electronic notification)

DATE:                                                                PETER A. MOORE, JR., CLERK
March 16, 2020                                               (By) /s/ Nicole Sellers
                                                                           Deputy Clerk